The People of the State of Illinois, Plaintiff-Appellee, *v.* Jack Leon Compton, Defendant-Appellant.

(No. 70-169;

Second District—December 18, 1973.

Opinion by Mr. JUSTICE SEIDENFELD.

Ralph Ruebner, Deputy Defender, of Elgin (Richard Wilson, Assistant Appellate Defender, of counsel), for appellant.

William Ketcham, State's Attorney, of Geneva (W. Ben Morgan, Assistant State's Attorney, and James W. Jerz, of Model District State's Attorneys Office, of Elgin, of counsel), for the People.